# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
PDF FILE WITH AUDIO FILE ATTACHMENT

## 14-04387-TOM13
## Elogene Hughes

**Audio File Attachment**

| | |
|---|---|
| Location: | TOMCtrm3 |
| Date: | 01/08/2015 |
| Time: | 11:00 AM |
| Subject: | RE: Doc #19; Objection to Confirmation Filed by Thomas Tutten, Attorney for Selene Finance, LP |
| Office: | 2 |
| Audio File Name: | 14-04387bk19_20150108_113134.mp3 |
| Audio Recording Date/Time: | 1/8/15 11:31 AM |
| Audio Run Time: | [00:02:44] |
| Audio File Size: | 1.9 MB |

**Association Information**
This matter was also associatied with the following.

**Docket Entries:**

23  Trustee's Objection to Confirmation of Chapter 13 Plan, Motion to Dismiss Case for Failure to File Documents under 521(i) , Motion to Dismiss Case for Failure to Make Plan Payments . (Crawfordoffice, ul)

**Help using this file:**

An audio file is embedded as an attachement in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."