UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
    ELOGENE HUGHES ) CASE NO. 14-04387-TOM13
    DEBTOR(S) ) CHAPTER 13

## OBJECTION TO CLAIM

COMES NOW the Debtor(s) in the above-styled matter and by and through his, her, their attorney of record objects to the following claim(s):

| CLAIM NO. | CLAIMANT | AMOUNT | SPECIFIC BASIS FOR OBJECTION |
|---|---|---|---|
| 2 | Citimortgage, Inc. | $50,992.90 | • Debt is a long-term debt, and should be treated as a direct pay and for informational purposes only.<br>• Debt is being paid by Debtor's ex-spouse, and is not a debt of this debtor |

WHEREFORE, PREMISES CONSIDERED, Debtor(s) request(s) that after notice and hearing, said claim(s) be disallowed.

Respectfully submitted,

/s/ Joshua C. Snable
Joshua C. Snable
Attorney for Debtor(s)

OF COUNSEL:
SNABLE, CHANEY & SNABLE, L.L.C.
The Magnolia Office Park
2112 11th Avenue South, Suite 528
Birmingham, AL 35205
Telephone: 205.939.0780
Facsimile: 205.939.0789
Email: jsnable@snablelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all interested parties by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this 14th day of April, 2015.

/s/ Joshua C. Snable
OF COUNSEL